■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL LABRIOLA, Appellant.—Judgment, Supreme Court, New York County, rendered on December 9, 1974, and two orders of said court entered on March 14, 1975 and May 14, 1975, respectively, unanimously affirmed. The case is

remitted to the Criminal Term of the Supreme Court, New York County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd 5). No opinion. Concur—Stevens, P. J., Birns, Silverman, Capozzoli and Lynch, JJ.